# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty-five.

Before:       Maria Araújo Kahn,
                    *Circuit Judge.*

---

Old Slip Benefits & Insurance Services, LLC,

        Plaintiff - Appellant,

  v.

Allstate Insurance Company, Regine Marie Napoleon, Brittany Cleere, Marc Stevenson, Allison Ann McMahon,

        Defendants - Appellees.

---

**ORDER**

Docket No. 25-1320

      Appellant moves for a stay of the district court's May 21, 2025 order pending appeal. Appellee opposes the motion.

      IT IS HEREBY ORDERED that the motion is REFERRED to the next available three-judge motions panel. The Court grants a temporary stay of the district court's order until the motion is reviewed and decided by the motions panel.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/30/2025