No. 25-1320

In The United States Court of Appeals
for the Second Circuit

OLD SLIP BENEFITS & INSURANCE SERVICES, LLC,

*Appellant-Plaintiff*,

*v.*

ALLSTATE INSURANCE COMPANY,

*Appellee-Defendant*.

On Appeal from the United States District Court for the Southern District of New York, No. No. 25-CV-1110 (JGLC)

# DEFENDANT'S CERTIFICATE OF SERVICE

A. Christopher Young
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Philadelphia, PA 19103
215.981.4190
*christopher.young@troutman.com*

*Counsel for Allstate Insurance Company*

Dated: June 3, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2025, a true and correct copy of Defendant's Acknowledgment and Notice of Appearance was served by-certified mail to the following individuals:

1. Regine Marie Napoleon, Apartment 1137, 7525 153rd Street, Kew Gardens Hills, NY 11367

2. Brittany Cleere, 149 Midtown Avenue Summerville, SC 29486

3. Marc Stevenson, 6107 Aster Haven Circle, Haymarket, VA 20169

4. Allison Ann McMahon, 206 Windwatch Drive, Hauppauge, NY 11788

Respectfully submitted,

Dated: June 3, 2025

*/s/ A. Christopher Young*
A. Christopher Young