**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 11, 2025 | DC Docket #: 7:25-cv-1110 |
| Docket #: 25-1320 | DC Court: SDNY (WHITE PLAINS) |
| Short Title: Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company | DC Judge: Trial Judge - Jessica G.L. Clarke |

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for stay pending appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, June 24, 2025 A Panel at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.