**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: June 24, 2025
Docket #: 25-1320
Short Title: Old Slip Benefits & Insurance Services, LLC v. Allstate Insurance Company

DC Docket #: 7:25-cv-1110
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Jessica G.L. Clarke

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.